# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **VALERIE E. GIBBS,**<br><br>      Plaintiff,<br><br>vs.<br><br>**U. S. AUTO SALES, INC., MYRON PARKER, and KEN EVANS**<br><br>      Defendants. | **CIVIL ACTION NO.**<br><br>**1:20-cv-03371-AT** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the above-styled action with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted, this 28th day of January 2021.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| **THE WRIGHT FIRM, LLC** | **SWIFT, CURRIE, McGHEE & HIERS, LLP** |
| /s/ *Victoria Kealy* <br>Heather C. Wright<br>Georgia Bar No. 202415<br>50 Lenox Pointe, NE, Suite B<br>Atlanta, Georgia 30324<br>hwright@thewrightattorrneys.net | _/s/*Anandhi S. Rajan*_____<br>Anandhi S. Rajan<br>Georgia Bar No. 592760<br>1355 Peachtree Street, N.E., Suite 300<br>Atlanta, GA 30309-3231<br>anandhi.rajan@swiftcurrie.com |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that the foregoing has been prepared with one of the fonts and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically, Times New Roman 14-point.

Respectfully submitted, this 28th day of January 2021.

**THE WRIGHT FIRM, LLC**

/s/ Victoria Kealy
Heather C. Wright
Georgia Bar No. 202415
Victoria Kealy
Georgia Bar No. 314371
The Wright Firm, LLC
50 Lenox Pointe, NE, Suite B
Atlanta, Georgia 30324
hwright@thewrightattorrneys.net
vkealy@thewrightattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of such filing to the following:

> Anandhi S. Rajan
> Swift, Currie, McGhee & Hiers, LLP
> The Peachtree, Suite 300
> 1355 Peachtree Street, NE
> Atlanta, GA 30309-3591
> Anamdhi.rajan@swiftcurrie.com

Respectfully submitted, this 28th day of January 2021.

> **THE WRIGHT FIRM, LLC**
>
> /s/ Victoria Kealy
> Victoria Kealy
> Georgia Bar No. 314371
> The Wright Firm, LLC
> 50 Lenox Pointe, NE
> Suite B
> Atlanta, Georgia 30324
> (470) 361-2250
> vkealy@thewrightattorneys.net